PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $28,000.00 IN U.S. CURRENCY,<br><br>       Defendant. | 2:21-MC-00109-TLN-JDP<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

   It is hereby stipulated by and between the United States of America and potential claimant Meuy Saephan ("claimant"), by and through their respective counsel, as follows:

   1.   On or about January 20, 2021, claimant filed a claim in the administrative forfeiture proceeding with the United States Postal Inspection Service ("USPIS") with respect to the Approximately $28,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on October 26, 2020.

   2.   The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

   3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 20, 2021.

4. By Stipulation and Order filed April 21, 2021, the parties stipulated to extend to July 19, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed July 16, 2021, the parties stipulated to extend to October 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed October 18, 2021, the parties stipulated to extend to December 17, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 15, 2022.

Dated:   12/15/21

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant United States Attorney

///
///

| | | |
|---|---|---|
| 1 | Dated:   12/14/21 | /s/ Steve Whitworth |
| 2 | | STEVEN A. WHITWORTH<br>Attorney for potential claimant |
| 3 | | Meuy Saephan |

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: December 15, 2021

_____
Troy L. Nunley
United States District Judge

3

Stipulation and Order to Extend Time