PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-MC-00109-TLN-JDP |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $28,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the United States elected to include the above-captioned defendant currency in civil case *United States v. Approximately $28,000.00 in U.S. Currency*, 2:22-CV-00290-JAM-CKD. Accordingly, this miscellaneous case may be closed.

Dated:   2/16/22

PHILLIP A. TALBERT
United States Attorney

 */s/ Kevin C. Khasigian*
KEVIN C. KHASIGIAN
Assistant United States Attorney